# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0982
LT Case No. 2017-CF-003199-A

_____

VISWANAUTH SOMWARU,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Marion County.
Peter Matthew Brigham, Judge.

Amanda C. Micallef, Largo, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Robin A. Compton, Assistant Attorney General, Daytona Beach, for Appellee.

April 21, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, WALLIS, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____